**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID ELIAS, individually and on behalf of all others similarly situated and general public, <br><br> Plaintiff, <br> v. <br><br> HEWLETT-PACKARD COMPANY, et al., <br><br> Defendants. | Case No.: 12-CV-00421-LHK <br><br> ORDER VACATING HEARING ON MOTION TO DISMISS |

Pursuant to Civil Local Rule 7-1(b), the Court finds the Motion to Dismiss appropriate for determination without oral argument. Accordingly, the hearing scheduled for October 11, 2012, is hereby VACATED. The Court will issue an order on the Motion to Dismiss shortly. The case management conference remains as set on October 11, 2012, at 1:30 p.m.

Dated: October 3, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge