United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID ELIAS, individually and on behalf of all others similarly situated and general public, )<br><br>Plaintiff, )<br>v. )<br><br>HEWLETT-PACKARD COMPANY, et al., )<br><br>Defendants. ) | Case No.: 12-CV-00421-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The case management conference scheduled for December 12, 2012 is hereby

CONTINUED to January 9, 2013 at 2:00 p.m.

**IT IS SO ORDERED**.

Dated:  December 10, 2012

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-00421-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE