UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID ELIAS, individually and on behalf of all others similarly situated and general public,<br><br>    Plaintiff,<br> v.<br><br>HEWLETT-PACKARD COMPANY, et al.,<br><br>    Defendants. | Case No.: 12-CV-00421-LHK<br><br>ORDER CONTINUING HEARING ON SECOND MOTION TO DISMISS |

The case management conference and hearing on Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint, which were scheduled for March 28, 2013, are hereby CONTINUED to May 9, 2013, at 1:30pm.

**IT IS SO ORDERED.**

Dated: March 21, 2013

            _Lucy H. Koh_
            LUCY H. KOH
            United States District Judge