UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID ELIAS, individually and on behalf of all others similarly situated and general public, <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, et al., <br><br> Defendants. | Case No.: 12-CV-00421-LHK <br><br> ORDER VACATING HEARING ON MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE |

Pursuant to Civil Local Rule 7-1(b), the Court finds the Motion to Dismiss Plaintiff's Second Amended Complaint appropriate for determination without oral argument. Accordingly, the hearing scheduled for May 9, 2013, is hereby VACATED. The Court will issue an order on the Motion to Dismiss shortly. The case management conference is CONTINUED to August 28, 2013.

Dated: May 6, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 12-CV-00421-LHK
ORDER VACATING HEARING ON MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE