UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID ELIAS, individually and on behalf of all others similarly situated and general public,<br><br>                      Plaintiff,<br>    v.<br><br>HEWLETT-PACKARD COMPANY, et al.,<br><br>                      Defendants. | Case No.: 12-CV-00421-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The case management conference set for May 7, 2014 is continued to June 11, 2014, at 2:00 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by June 4, 2014.

**IT IS SO ORDERED.**

Dated: May 2, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge