1  **GUTRIDE SAFIER LLP**
   ADAM J. GUTRIDE (State Bar No. 181446)
2  SETH A. SAFIER (State Bar No. 197427)
   TODD KENNEDY (State Bar No. 250267)
3  KRISTEN SIMPLICIO (State Bar No. 263291)
   835 Douglass Street
4  San Francisco, California 94114
   Telephone: (415) 336-6545
5  Facsimile:  (415) 449-6469

6  Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DAVID ELIAS, an individual, on behalf of himself, the general public and those similarly situated<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY; AND DOES 1 THROUGH 50<br><br>Defendants | CASE NO. 12-cv-00421 (BLF)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>Judge:  Hon. Beth Labson Freeman |

Plaintiff David Elias and Defendant Hewlett-Packard Company through their counsel of record, stipulate, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii) and 41(c), that Plaintiff's individual claims against Defendant Hewlett-Packard Company shall be dismissed with prejudice. The putative class claims shall be dismissed without prejudice.

DATED: June 18, 2014        GUTRIDE SAFIER LLP

/s/Seth Safier

By: _____
     Seth A. Safier
Attorneys for Plaintiff
David Elias

DATED: June 18, 2014        GIBSON, DUNN & CRUTCHER LLP


/s/ Timothy Loose

By: _____
     Timothy W. Loose
Attorneys for Defendant
Hewlett-Packard Company

**CERTIFICATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order 45X.B, I attest that the above signatory for Hewlett-Packard Company concurred and consented to the filing of this document.

DATED: June 18, 2014        /s/Seth Safier


Seth Safier
Attorney for Plaintiff David Elias